UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KYRIF GIVENS,

                                              Plaintiff,

      -against-

CITY OF NEW YORK, PO MATTHEW PONTE, ET. AL,

                                              Defendants.

------------------------------------------------------------------------x

**NOTICE OF MOTION**

11 Civ. 0801 (CM)

        **PLEASE TAKE NOTICE** that, upon a declaration, exhibits and accompanying memorandum of law, defendant Police Officer Matthew Ponte will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, in accordance with the Honorable Colleen McMahon's individual practices, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that defendant Ponte is entitled to qualified immunity as to some or all of plaintiff's claims, and for such other and further relief as the Court deems just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that such motion will be submitted following the prescribed period of discovery set forth by the Court.

Dated:  New York, New York
        May 11, 2011

>           MICHAEL A. CARDOZO
>           Corporation Counsel of the City of New York
>           *Attorney for Defendants City and Officer Ponte*
>           100 Church Street
>           New York, New York  10007
>           (212) 788-1103
>
>           By:            /s/
>
>           Suzanna Publicker
>           Assistant Corporation Counsel

To:  Christopher Wright (By ECF)
     *Attorney for Plaintiff*
     305 Broadway, Suite 1400
     New York, N.Y. 10007

11 Civ. 0801 (CM)

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
|---|
| KYRIF GIVENS,<br><br>                                              Plaintiff,<br><br>              -against-<br><br>CITY OF NEW YORK, PO MATTHEW PONTE, ET. AL,<br><br>                                              Defendants. |
| **NOTICE OF MOTION** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York and Matthew Ponte*<br>*100 Church Street*<br>*New York, N.Y.  10007*<br><br>*Of Counsel: Suzanna Publicker*<br>*Tel:  (212) 788-1103*<br>*NYCLIS No.* 2011-003554 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ......................................... ,2011*<br><br>*................................................................. Esq.*<br><br>*Attorney for ........................................................* |

3